CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 27 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONTARION NOLAN, | |
| Petitioner, | Case No. 7:08CV00511 |
| v. | |
| TERRY O'BRIEN, WARDEN, | **FINAL ORDER** |
| Respondent. | By: Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motion to dismiss is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**; and this action is stricken from the active docket of the court.

ENTER: This 27th day of April, 2009.

/s/ Glen Conrad
United States District Judge